# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 17-SW-3098DPR
**3625 SOUTH PARKLANE AVENUE** )
**SPRINGFIELD, MISSOURI** )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Western    District of    Missouri   
*(identify the person or describe the property to be searched and give its location)*:

3625 SOUTH PARKLANE AVENUE, SPRINGFIELD, MISSOURI, further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before   Nov. 24, 2017   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   the Honorable David P. Rush   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  11/9/17 at 11:14 a.m.       *[signature]*
                                                    *Judge's signature*

City and state:  Springfield, Missouri            David P. Rush, U.S. Magistrate Judge
                                                    *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 11/22/2017 7:50 AM | Copy of warrant and inventory left with: DONALD STILLINGS |
| Inventory made in the presence of : DONALD STILLINGS ||| 
| Inventory of the property taken and name of any person(s) seized: |||

SEE ATTACHED FD-597.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/19/2017

*Executing officer's signature*

JEFFREY BURNETT, TFO FBI
*Printed name and title*

FD-597 (Rev. 4-13-2015)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 305I-KC-2227487

On (date): 11/22/2017

item(s) listed below were:
- ☒ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name): Donald Stillings / Jodeana Stillings

(Street Address): 3625 S. Parklane

(City): Springfield, MO

Description of Item(s): [Item Number] [Item Description] [Location Found]

#1 - 64 GB Sandisk Micro SD card, Office Drawer
#2 - Apple iPad S/N DMPL2DN9F186, Office
#3 - Apple iPhone 6 Plus S/N 354389069703329, Living Room
#4 - Apple iPod Touch C3TJNVU2F96U, Shoe Room
#5 - Casio Exilim Digital Camera, S/N 32027076A, Shoe Room
#6 - Apple iPad F9FRDZC7FLMJ, Office
#7 - Spindle of Disks, Floor of Office
#8 - 4 GB Ativa Flash Drive, Master Bedroom
#9 - 4 GB Sandisk Cruzer Flash Drive, Office
#10 - 16 GB Sandisk Cruzer Glide Flash Drive, Office
#11 - Stack of Disks, Office
#12 - Apple Mac Mini C07FG03LDD6L, Master Bedroom
#13 - Apple Mac Mini C07HH0DCDJD2, Office
#14 - HP 15-AY041WM Laptop S/N CND6222OMQ, Master Bedroom
#15 - Apple iMac S/N QP7030CMWSG, Office
#16 - VHS Tape Labeled "Murphy's Suck Tape", Master Bedroom
#17 - 6 Disks, Living Room

Received By: (Signature)
Printed Name/Title: Jeff Burnett, FBI TFO

Received From: (Signature)
Printed Name/Title: Donald Stillings